■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC WHITE, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered on or about December 6, 2005, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Tom, Buckley and Gonzalez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LAWRENCE, Appellant. [851 NYS2d 55]—Judgment, Supreme Court, New York County (Micki Scherer, J.), rendered on or about August 16, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Tom, Buckley and Gonzalez, JJ.